1    Tanya E. Moore, SBN 206683
     MOORE LAW FIRM, P.C.
2    332 North Second Street
     San Jose, California  95112
3    Telephone (408) 298-2000
     Facsimile (408) 298-6046
4
     Attorneys for Plaintiff
5    Ronald Moore

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   RONALD MOORE,                    )  No.  1:12-cv-00267-LJO-SKO
                                      )
12            Plaintiff,               )  **SECOND STIPULATION FOR**
                                      )  **EXTENSION OF TIME FOR SURINDER**
13       vs.                           )  **PAL GOSWAMY TO RESPOND TO**
                                      )  **COMPLAINT; ORDER**
14   VALLEY AUTO MAINTENANCE, INC., et )
     al.,                             )
15                                    )
                                      )
16            Defendants.             )
                                      )
17   _____)

18        **WHEREAS,** Plaintiff Ronald Moore ("Plaintiff"), through his attorney of record, and

19   Defendant Surinder Pal Goswamy ("Defendant," and together with Plaintiff, the "Parties"), who

20   is presently self-represented, filed a stipulation on March 23, 2012 extending the time for

21   Defendant to respond to the Complaint to and including April 23, 2012;

22        **WHEREAS**, Plaintiff and Defendant have been engaged in meaningful settlement

23   negotiations and are optimistic that a settlement will be reached;

24        **WHEREAS**, Defendant seeks to have the opportunity to confer with co-defendant

25   Valley Auto Maintenance, Inc. and its counsel regarding a potential global resolution of this

26   matter, and needs more time to evaluate and explore this option;

27        **WHEREAS**, Defendant is self-represented and is hoping to avoid the costs involved

28   with retaining counsel and filing an answer while settlement is being explored;

*Moore v.  Valley Auto Maintenance, Inc., et al.*
Second Stipulation for Extension of Time; Order
                          Page 1

1    **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** that Defendant shall

2  have to and including May 18, 2012 to file his responsive pleading.  Such extension does not

3  alter or affect any date or event previously set by the Court, but does exceed the maximum

4  twenty-eight (28) days that can be granted by Plaintiff without leave of Court.  The Parties are

5  mindful of their meet and confer obligations prior to the scheduling conference and this

6  extension will not affect those requirements.

7  Date: April 25, 2012                                MOORE LAW FIRM, P.C.

8

9                                                                  /s/Tanya E. Moore_____

10                                                               Tanya Moore
                                                                 **Attorney for Plaintiff Ronald Moore**

11 Date: April 24, 2012                               /s/ Surinder Pal Goswamy_____

12                                                               Defendant Surinder Pal Goswamy,
                                                                 In Pro Per

13

14      **ORIGINAL SIGNATURE RETAINED BY ATTORNEY TANYA E. MOORE.**

15

16

17                                       **ORDER**

18      The Parties having so stipulated and good cause appearing,

19      **IT IS HEREBY ORDERED** that Defendant Surinder Pal Goswamy shall have to and

20 including May 18, 2012, within which to file a responsive pleading in this matter.

21

22

23

24 IT IS SO ORDERED.

25   Dated:   **April 25, 2012**                          _____**/s/ Sheila K. Oberto**
                                                                 UNITED STATES MAGISTRATE JUDGE

26

27

28

*Moore v.  Valley Auto Maintenance, Inc., et al.*
Second Stipulation for Extension of Time; Order
Page 2