1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Ronald Moore

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | RONALD MOORE, ) No. 1:12-cv-00267-LJO-SKO
12 |             Plaintiff, ) **SECOND STIPULATION FOR**
13 | vs. ) **EXTENSION OF TIME FOR SURINDER PAL GOSWAMY TO RESPOND TO**
14 | VALLEY AUTO MAINTENANCE, INC., et al., ) **COMPLAINT; ORDER**
15 |
16 |             Defendants.
17 |

18 **WHEREAS,** Plaintiff Ronald Moore ("Plaintiff"), through his attorney of record, and

19 Defendant Surinder Pal Goswamy ("Defendant," and together with Plaintiff, the "Parties"), who

20 is presently self-represented, filed a stipulation on March 23, 2012 extending the time for

21 Defendant to respond to the Complaint to and including April 23, 2012;

22 **WHEREAS**, Plaintiff and Defendant have been engaged in meaningful settlement

23 negotiations and are optimistic that a settlement will be reached;

24 **WHEREAS**, Defendant seeks to have the opportunity to confer with co-defendant

25 Valley Auto Maintenance, Inc. and its counsel regarding a potential global resolution of this

26 matter, and needs more time to evaluate and explore this option;

27 **WHEREAS**, Defendant is self-represented and is hoping to avoid the costs involved

28 with retaining counsel and filing an answer while settlement is being explored;

1  **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** that Defendant shall have to and including May 18, 2012 to file his responsive pleading.  Such extension does not alter or affect any date or event previously set by the Court, but does exceed the maximum twenty-eight (28) days that can be granted by Plaintiff without leave of Court.  The Parties are mindful of their meet and confer obligations prior to the scheduling conference and this extension will not affect those requirements.

Date: April 25, 2012                                MOORE LAW FIRM, P.C.


                                                    /s/Tanya E. Moore
                                                    Tanya Moore
                                                    Attorney for Plaintiff Ronald Moore

Date: April 24, 2012                                /s/ Surinder Pal Goswamy
                                                    Defendant Surinder Pal Goswamy,
                                                    In Pro Per


**ORIGINAL SIGNATURE RETAINED BY ATTORNEY TANYA E. MOORE.**


### ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Surinder Pal Goswamy shall have to and including May 18, 2012, within which to file a responsive pleading in this matter.

IT IS SO ORDERED.

   Dated:   **April 25, 2012**                           **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

*Moore v. Valley Auto Maintenance, Inc., et al.*
Second Stipulation for Extension of Time; Order
Page 2