1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8                    UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  RONALD MOORE,                    )  No. 1:12-CV-00267-LJO-SKO
                                     )
12              Plaintiff,           )  **NOTICE OF VOLUNTARY DISMISSAL**
                                     )  **OF ACTION; ORDER**
13         vs.                       )
                                     )
14  VALLEY AUTO MAINENANCE, INC., et )
    al.,                             )
15                                   )
                                     )
16              Defendants.          )
                                     )
17  _____)

18       WHEREAS, no Defendant has filed an answer or motion for summary judgment;

19       WHEREAS, Plaintiff and all Defendants have settled the matter;

20       WHEREAS, no counterclaim has been filed;

21       Plaintiff hereby respectfully requests that this action be dismissed with prejudice

22  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

23  Date: June 14, 2012                 MOORE LAW FIRM, P.C.

24

25

26                                      /s/Tanya E. Moore_____
                                        Tanya E. Moore
27                                      Attorneys for Plaintiff Ronald Moore

28  ///

    *Moore v. Valley Auto Maintenance, Inc., et al.*
    Notice of Voluntary Dismissal; [Proposed] Order
                                        Page 1

1

**<u>ORDER</u>**

2

      Good cause appearing,

3

      IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4

The clerk is directed to close this action.

5

6

7

IT IS SO ORDERED.

8

    Dated:   **<u>June 14, 2012</u>**          <u>    **/s/ Lawrence J. O'Neill**</u>

9

                                       UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28